IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN Y. KIRBY,

      Plaintiff,                    No. 2:13-cv-0021 LKK JFM PS

   vs.

JERRY BROWN, et al.,           ORDER

      Defendants.

_____/

      Plaintiff, a Board Certified psychiatrist employed by the California Department of Corrections and Rehabilitation (CDCR) at Salinas Valley State Prison (Salinas Valley), has filed, pro se, a document styled "Complaint & Motion for Permissive Intervention to Modify Protect Order 90-cv-0520" together with a motion for a temporary restraining order. Plaintiff claims that defendants have violated the Americans with Disabilities Act, 42 U.S.C. § 12102(2)(A) and Section 504 of the Rehabilitation Act by denying her "multiple requests for reasonable accommodation" of her disability and "unlawfully terminating her employment on December 19,

/////

/////

/////

/////

1

2012." Complaint, filed January 4, 2013, at 1-2.[1]  In relevant part, plaintiff seeks a temporary restraining order requiring defendants to permit her to continue working as a psychiatrist treating members of the Coleman class[2] and to provide psychiatric service "via telemedicine in a secure CDCR location (i.e. a secure room in the CDCR Parole Office in Santa Cruz, CA). . . ." Id. at 4.

Local Rule 231(a) provides in relevant part:

> Except in the most extraordinary of circumstances, no temporary restraining order shall be granted in the absence of actual notice to the affected party and/or counsel, by telephone or other means, or a sufficient showing of efforts made to provide notice. See Fed. R. Civ. P. 65(b).  Appropriate notice would inform the affected party and/or counsel of the intention to seek a temporary restraining order, the date and time for hearing to be requested of the Court, and the nature of the relief to be requested.

L.R. 231(a).  Although plaintiff has included evidence of written correspondence between she and the CEO of Salinas Valley State Prison concerning her employment situation, there is no evidence in the record that plaintiff has provided the required notice of the instant motion for temporary restraining order to defendants or their counsel.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for temporary restraining order is denied.

DATED: January 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In the complaint, plaintiff alleges that her employment was terminated on December 19, 2012.  However, a letter to plaintiff from the CEO of Salina Valley, which is dated December 19, 2012, indicates that Salinas Valley notified plaintiff by that letter of intent "to invoke the Absent Without Leave (AWOL) statute (Government Code 19996.2)" as of the close of business on January 7, 2013.  Ex. A to Declaration of Dr. K. Kirby, filed January 4, 2013.

[2] Coleman v. Brown, No. 2:90-cv-0520 LKK JFM P.