IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN Y. KIRBY,

        Plaintiff,                    No. 2:13-cv-0021 LKK JFM PS

    vs.

JERRY BROWN, et al.,              ORDER

        Defendants.

_____/

        Plaintiff has this afternoon filed an amended complaint, a request for a temporary restraining order (TRO) and a preliminary injunction. Plaintiff's papers do not disclose time-sensitive harm such as would preclude the court from scheduling a hearing for the earliest practicable date of next week.

        Plaintiff seeks leave to appear at the TRO hearing by telephone. Pursuant to the court's normal practice, plaintiff will not be heard telephonically at the hearing.

        Accordingly, the court orders as follows:

        1.    A hearing on plaintiff's request for a TRO is hereby scheduled for Thursday, January 24, 2013 at 10:00 a.m. in Courtroom 4.

        2.    Defendants shall file their response to the TRO request no later than Wednesday, January 23, 2013 at 12:00 noon.

3. If plaintiff chooses not to appear in person at the hearing, she may appear through additional papers, not to exceed fifteen (15) pages, in total (including exhibits and attachments), in lieu of a personal appearance.[1] Such papers, if any, shall be filed no later than Wednesday, January 23, 2013 at 12:00 noon.

DATED: January 18, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court notes that plaintiff's complaint alleges discrimination under the Americans with Disabilities Act. However, plaintiff has not asserted that any accessibility issue prevents her from attending the TRO hearing.

2