IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN Y. KIRBY,

      Plaintiff,                    No. 2: 13-cv-0021 LKK JFM (PS)

   vs.

EDMUND G. BROWN, et al.,

      Defendants.               ORDER

_____/

        Plaintiff filed a pro se complaint on January 4, 2013. She subsequently filed an amended complaint on January 18, 2013. On January 30, 2013, defendant Edmund G. Brown filed a motion to quash the service of the summons and amended complaint. On January 31, 2013, defendant the California Department of Corrections and Rehabilitation filed a motion to dismiss. Both of these motions by defendants were noticed for a hearing date of March 7, 2013.

        Local Rule 230(c) states that opposition to the granting of the motion shall be in writing and shall be filed and served not less than fourteen days preceding the noticed hearing date. If a party has no opposition to the granting of the motion, the party shall serve and file a statement to that effect. Plaintiff has not complied with the local rules by either filing an opposition or statement of non-opposition to these motions. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions

1 authorized by statute or Rule or within the inherent power of the Court."

2       Accordingly, IT IS HEREBY ORDERED that:

3       1. Within fourteen (14) days of the date of this order, plaintiff shall file an opposition, if any, to defendant Brown's motion to quash and defendant the California Department of Corrections and Rehabilitation's motion to dismiss or a statement of non-opposition to these motions.  Failure to file and serve either an opposition or a statement of non-opposition to these motions within fourteen days may result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b); and

9       2. The hearing date set for March 7, 2013 on defendant Brown's motion to quash and defendant the California Department of Corrections and Rehabilitation's motion to dismiss is VACATED.

DATED: March 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14
kirb0021.osc